**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 26-324-1** |
| | : | |
| **NYEEM ANDERSON** | : | |

**<u>ORDER</u>**

**AND NOW**, this **25th** day of **November 2026**, upon consideration of the Defendant's Motion to Suppress Physical and Derivative Evidence (the "Defendant's Motion") (ECF No. 54), and the docket, it is hereby **ORDERED** that the Defendant's Motion (ECF No. 54) is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**